**FILED**
October 11, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>Angela Summerfield, )<br>)<br>_____ )<br>Defendant. | Case No. 2:06-mj-265 KJM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release Angela Summerfield  Case 2:06-mj-265 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_    Release on Personal Recognizance

    \_\_    Bail Posted in the Sum of _____

    _X_    $50,000 Unsecured bond

    \_\_    Appearance Bond with 10% Deposit

    \_\_    Appearance Bond secured by Real Property

    \_\_    Corporate Surety Bail Bond

    _X_    (Other)   PTS conditions/supervision; 3rd party custody

Issued at  Sacramento, CA  on 10/11/06       at  3:19 p.m.

By  _____
Kimberly J. Mueller
United States Magistrate Judge