BENJAMIN B. WAGNER
United States Attorney
JASON HITT
TODD LERAS
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANGELA SUMMERFIELD,<br><br>　　　　Defendant, | Case No. 2:06-cr-0428 KJM<br><br>GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT AGAINST DEFENDANT ANGELA SUMMERFIELD AND ORDER<br><br>[FED. R. CRIM. P. 48(a)] |

　　　The United States of America, by and through its attorneys of record, Assistant United States Attorneys Jason Hitt and Todd Leras, hereby moves for an order dismissing the Indictment against defendant Angela SUMMERFIELD pursuant to Federal Rule of Criminal Procedure 48(a). This motion is made in the interests of justice based upon the following:

　　　1.　On August 8, 2012, the United States and defendant Angela SUMMERFIELD, by and through her counsel, Kathryn Druliner, entered into a Deferred Prosecution Agreement. Under the Agreement, the United States agreed to defer prosecution for a period of up to six months. If the defendant was successful under the Agreement, the United States agreed to dismiss the Indictment against her. The Court was advised of the Agreement and set a further status conference date of February 13, 2013 at 9:00 a.m.

2. On December 7, 2012, Pretrial Services Officer Daryl Walker provided a written recommendation that the Pretrial Diversion Agreement be terminated early (that is, short of the six month term set forth in the Agreement). Officer Walker's recommendation is based upon the defendant's successful supervision since October of 2006. Officer Walker notes that the defendant has always complied with Pretrial conditions and regularly reported to Pretrial Services when directed to do so. Officer Walker concludes that Pretrial Services is recommending that Ms. SUMMERFILED be terminated from the Pretrial diversion program successfully.

3. The United States has carefully considered Officer Walker's recommendation and is in full agreement with his recommendation. In addition, early termination is consistent with the spirit and terms of the Pretrial Diversion Agreement entered into by the parties.

For these reasons, the undersigned respectfully requests that the Court enter an Order dismissing the pending Indictment against defendant Angela SUMMERFIELD in Case No. 2:06-cr-0428 KJM in the interests of justice pursuant to Rule 48(a).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: December 13, 2012     By: /s/Jason Hitt
                                 JASON HITT
                                 Assistant U.S. Attorney

**ORDER**

For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that:

The Indictment against defendant Angela SUMMERFIELD in Case No. 2:06-cr-0428 KJM is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a).

DATED:  December 13, 2012.

_____
UNITED STATES DISTRICT JUDGE